# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW ORVIS, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

> Plaintiffs,

-vs-                                                    Case No.  6:07-cv-498-Orl-28DAB

TRIPLE ACE INVESTMENTS, LLC,

> Defendant.

_____

# ORDER

This case is before the Court on Defendant's Motion to Dismiss Complaint as a Class Action (Doc. No. 8) filed April 30, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed May 17, 2007 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Defendant's Motion to Dismiss Complaint as a Class Action (Doc. No. 8) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of June, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party