# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW ORVIS, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

                **Plaintiffs,**

-vs-                                       Case No. 6:07-cv-498-Orl-28DAB

TRIPLE ACE INVESTMENTS, LLC,

                **Defendant.**

___

## ORDER

This case is before the Court on the Joint Motion Requesting Approval of Settlement Agreement (Doc. No. 47) filed April 10, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 22, 2008 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The motion to approve the settlement is **GRANTED**, and the settlement is approved.

3. The Complaint is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___14___ day of May, 2008.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN ANTOON II
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party